[No. 72527-1-I. Division One. September 28, 2015.]

*In the Matter of the Paternity of* M.H.

STEPHANIE BELL, *Respondent*, v. JUAN SIDRAN HEFLIN, *Appellant*.

[Nos. 72554-8-I; 73156-4-I. Division One. September 28, 2015.]

*In the Matter of the Dependency of* K.L.P.

Appeals from a judgment of the Superior Court for Whatcom County, No. 13-7-00170-0, Deborra Garrett, J., entered June 24, 2014 and February 3, 2015. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Cox and Lau, JJ.

[No. 72562-9-I. Division One. September 28, 2015.]

*In the Matter of the Marriage of* SOLOMON M. MEKURIA, *Appellant*, and ASTER MENFESU, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 09-3-05584-3, Suzanne Parisien, J., entered July 11, 2014. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Cox, J., concurred in by Spearman, C.J., and Verellen, J.